IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| LEMOYNE-OWEN COLLEGE FACULTY ORGANIZATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:19-cv-02424-SHL-jay |
| LEMOYNE-OWEN COLLEGE and BOARD OF TRUSTEES, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER TO SHOW CAUSE

Before the Court is Defendants' Motion to Dismiss for Failure to State a Claim, filed July 10, 2019.  (ECF No. 8.)   Pursuant to the Local Rules, Plaintiff had until July 24, 2019, to file a Response, but no such filing has been forthcoming.  See LR 7.2(a)(2), 12.1(b).

Plaintiff is **ORDERED TO SHOW CAUSE** within **fourteen (14) days** of entry of this Order why Defendants' Motion should not be granted.  Failure to timely respond will result in dismissal for failure to prosecute.

**IT IS SO ORDERED,** this 3rd day of September, 2019.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE