# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| LEMOYNE-OWEN COLLEGE FACULTY ORGANIZATION, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | No. 2:19-cv-02424-SHL-jay |
| LEMOYNE-OWEN COLLEGE and BOARD OF TRUSTEES, | ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION TO EXTEND MEDIATION DEADLINE

Before the Court is a Joint Motion to Extend Mediation Deadline, filed October 21, 2019. (ECF No. 20.) The parties aver that, due to scheduling conflicts, they are unable to complete mediation by the ordered deadline of October 22, 2019. The parties have scheduled mediation for November 7, 2019.

Because of scheduling conflicts, the Court finds good cause to modify the deadline. The joint Motion is **GRANTED** and the mediation deadline is adjusted to November 12, 2019. No other deadlines are modified by this order.

**IT IS SO ORDERED,** this 22nd day of October, 2019.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE