# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LEMOYNE-OWEN COLLEGE FACULTY ORGANIZATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No.: 2:19-cv-02424-SHL-jay |
| LEMOYNE-OWEN COLLEGE and BOARD OF TRUSTEES. | ) ) ) ) |
| Defendants. | ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's instruction during the status conference on January 27, 2020 (ECF No. 25), Plaintiff LeMoyne-Owen College Faculty Organization and Defendants LeMoyne-Owen College and Board of Trustees (collectively, "Parties") hereby notify the Court that the Parties are still in the process of resolving this matter.  As discussed during the status conference, Counsel for Plaintiffs met with their clients this week. Counsel for both Parties believe additional assistance from Mediator Melanie S. Murry would be helpful in finalizing this matter. The Parties have contacted Mediator Murry and have a teleconference scheduled with her on February 6, 2020. Mediator Murry has agreed to assist the Parties in finalizing their resolution and working through any remaining issues.  The Parties agree to provide the Court with another status report within seven (7) days of their teleconference with Mediator Murry.

2

DATE:  January 31, 2020                    Respectfully submitted,

 s/ *Yasmin A. Mohammad*
Rodney G. Moore (TN BPR #31929)
Yasmin A. Mohammad (TN BPR #29970)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
6410 Poplar Avenue, Suite 300
International Place Tower II
Memphis, TN 38119
Telephone:  (901) 767-6160
Facsimile:   (901) 767-7411
yasmin.mohammad@ogletree.com
rodney.moore@ogletree.com

**ATTORNEYS FOR DEFENDANTS**
**LEMOYNE-OWEN COLLEGE AND**
**BOARD OF TRUSTEES**

**&**

s/ *Handel R. Durham (w/permission YAM)*
Handel R. Durham, Jr. (TN BPR #010949)
Jonathan T. Mosley (TN BPR #031526)
22 North Front Street, Suite 760
Memphis, TN 38103
Telephone: (901) 543-0866

**ATTORNEYS FOR PLAINTIFF**
**LEMOYNE-OWEN COLLEGE**
**FACULTY ORGANIZATION**

## CERTIFICATE OF SERVICE

I hereby certify that I have this 31st day of January, 2020, caused the foregoing to be filed using the Court's CM/ECF system, which will send an electronic notification of such filing to counsel of record.

        Handel R. Durham, Jr. (TN BPR #010949)
        Jonathan T. Mosley (TN BPR #031526)
        22 North Front Street, Suite 760
        Memphis, TN 38103
        Telephone: (901) 543-0866

        *Counsel for Plaintiff Lemoyne-Owen College Faculty Organization*


        s/ *Yasmin A. Mohammad*